Jerome Maurice WALL, Petitioner–Appellant,

v.

Walter BOOKER, Superintendent of Mississippi State Penitentiary; Christopher B. Epps, Commissioner, Mississippi Department of Corrections, Respondents–Appellees.

No. 03–60875.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided July 16, 2004.

Julie Ann Epps, Canton, MS, for Petitioner–Appellant.

Jo Anne McFarland McLeod, Office of the Attorney General, Jackson, MS, for Respondents–Appellees.

---

Before JOLLY, JONES and CLEMENT, Circuit Judges.

PER CURIAM: *

Jerome Maurice Wall appeals the district court's denial of his 28 U.S.C. § 2254 petition. A certificate of appealability was granted for the issue of whether the imposition of Mississippi's habitual offender statute was proper where Wall's service of one prior sentence was interrupted by an interstate transfer between jails. Wall contends that the evidence was insufficient to sentence him under the habitual offender statute and that his counsel ineffectively failed to challenge the imposition. Wall also asserts that the district court erroneously failed to hold an evidentiary hearing.

This court must defer to the determination implicit in the denial of state habeas corpus relief that the interruption did not vitiate the service of the sentence under state law. *See Young v. Dretke,* 356 F.3d 616, 628 (5th Cir.2004). That legal determination is dispositive of all of Wall's constitutional claims. Therefore, there was no factual dispute necessitating an evidentiary hearing. *See Ward v. Whitley,* 21 F.3d 1355, 1367 (5th Cir.1994).

**AFFIRMED.**

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.